**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

*Larry David Vynorius*

Civil Case No.:  1:23-cv-07066-RLY-TAB

---

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Plaintiff Larry David Vynorius, by and through his wife, Bonnie Vynorius and his attorneys Rueb Stoller Daniel, LLP and hereby moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Bonnie Vynorus as representative of the Estate of Larry David Vynorius in this matter in place of Larry David Vynorius in the above captioned action.  As grounds therefore, plaintiff states as follows:

1.    On January 24, 2024, plaintiff Larry David Vynorius passed away.

2.    Bonnie Vynorius is the wife and representative of the estate of the deceased Plaintiff.

3.    Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

4.    Notice of Death was provided on April 30, 2025.

WHEREFORE, Plaintiff respectfully requests that this Court allow the substitution of Bonnie Vynorius as representative of the Estate of Larry David Vynorius in this matter in place of deceased Plaintiff Larry David Vynorius.

Dated:  April 30, 2025                          Respectfully submitted,

*Larry David Vynorius*
Deceased Plaintiff

By his attorneys,

/s/Matthew R. Lopez

Matthew R. Lopez
*(Admitted Pro Hac Vice, CA Bar No. 263134)*
**RUEB STOLLER DANIEL, LLP**
120 Vantis Drive
Suite 430
Aliso Viejo, CA 9265
Telephone: 949-691-1532
Fax: (855) 203-2035
matt.lopez@lawrsd.com
***Counsel for Plaintiffs***

**Certificate of Service**

I, Matthew R Lopez , hereby certify that a copy of the foregoing document has been

electronically served upon all counsel of record on April 30, 2025.


/s/ Matthew R. Lopez
Matthew R. Lopez