IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Larry David Vynorius
Civil Case No.
1:23-cv-07066-RLY-TAB

**ORDER ON MOTION FOR SUBSTITUTION OF PARTY**

The Court has considered the Plaintiff's Motion for Substitution of Party, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26826.]

IT IS THEREFORE ORDERED that Bonnie Vynorus, as representative of the Estate of Larry David Vynorius, is substituted as Plaintiff in the above referenced action.

Date: 5/19/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.